UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Capital Specialty Insurance Corporation,
        Plaintiff,

      v.                                 CIVIL ACTION NO. 14-40086-TSH

Kailee Higgins,
        Defendant,

## **JUDGMENT**

Hillman, D.J.

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED: in accordance with the Court's Findings of Fact and Rulings of Law dated 3/25/19, that judgment be entered in favor of the Defendant, Plaintiff in Counterclaim, Kailee Higgins against the Plaintiff, defendant in Counterclaim, Capital Specialty Insurance Corporation, in the amount of $5,400,000.00 plus pre-judgement interest in the amount of $3,081,600.00.**

ROBERT FARRELL, CLERK OF COURT

Dated:  3/25/19                      /S/ Martin Castles
                                            ( By )  Deputy Clerk